# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

ADRIAN TERRAZAS-HERNANDEZ,

      Petitioner,

v.

WARDEN, Irwin County Detention Center, et al.,

      Respondents.

Civil Action No.
7:26-cv-00101-WLS-CHW

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Court's April 13, 2026 Order (Doc. 3), Petitioner Adrian Terrazas-Hernandez voluntarily dismisses his petition for writ of habeas corpus, without prejudice.

Dated: April 17, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (Ga. Bar No. 169869)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Petitioner Adrian Terrazas-Hernandez*

SO ORDERED this 20th day of April, 2026.

W. Louis Sands, Sr. Judge
United States District Court